# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1066
_____

THOMAS MACKEY,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

June 5, 2024

PER CURIAM.

AFFIRMED. *Breedlove v. Singletary*, 595 So. 2d 8, 10 (Fla. 1992); *Zuluaga v. State, Dep't of Corrs.*, 32 So. 3d 674, 676 (Fla. 1st DCA 2010).

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Thomas MacKey, pro se, Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.